■ In the Matter of the Arbitration between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., LOCAL 282, IAFF, AFL-CIO-CLC, Appellant, and ANTHONY MASIELLO, as Mayor of the City of Buffalo, et al., Respondents. [852 NYS2d 916]—

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Buffalo Professional Firefighters Assn., Inc., Local 282, IAFF, AFL-CIO-CLC [Masiello]*, 50 AD3d 106 [2008]). Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.